Fontenot
*v.*
Fontenot.

---

# Edmonds *v.* Her Husband.

Where the petition in an action for separation *a mensa et thoro* contains no prayer for a partition of the property of the community, and the defendant has had no notice of an application for that purpose, a separation of property cannot be decreed at the time of rendering judgment for a separation.

APPEAL from the District Court of St. Landry, *Overton*, J. *Swayze* and *Taylor*, for the plaintiff. *Martin* and *Linton*, for the appellant. The judgment of the court was pronounced by

Rost, J. The plaintiff sued her husband for a separation from bed and board, on the ground that he kept his concubine in the common dwelling. The defendant has pleaded abandonment and adultery on the part of his wife, and prays that he may be divorced from her. He has appealed from the judgment rendered against him; and the plaintiff asks that it be amended, so as to decree a dissolution of the community and a partition of the property composing it.

The allegations of the petition are fully sustained by the evidence. The defendant introduced witnesses to prove adultery on the part of the plaintiff; but the judge of the District Court informs us that he attached no weight whatever to their testimony.

We have neither means nor inclination to differ from our learned brother, in a matter of this kind. The virtuous indignation which he cannot conceal in redressing the wrongs of a poor colored woman, shows a proper sense of his duties as a guardian of public morals.

EDMONDS
*v.*
·HUSBAND.

A separation from bed and board carries with it a separation of goods and effects; but as the petition contains no prayer for a partition of those effects, and the defendant has had no notice of this application, we think it was properly rejected by the district judge. *Judgment affirmed.*